JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION, SANTA ANA)

| | |
|---|---|
| JAIME MARTINEZ, ) | **CASE NO.  SACV13-0389-DOC (MLGx)** |
| ) | |
| Plaintiff, ) | **JUDGE:   DAVID O. CARTER** |
| ) | **CTRM:    9D** |
| ) | |
| ) | **JUDGMENT OF DISMISSAL** |
| vs. ) | |
| ) | |
| HSBC MORTGAGE ) | |
| SERVICES, INC., and ) | |
| DOES 1 through 10, ) | |
| Inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | Action Filed:      March 6, 2013 |
| _____ ) | Trial Date:       Not Assigned |

On April 30, 2013, the Court entered an Order Granting Defendant HSBC MORTGAGE SERVICES, INC.'s Motion to Dismiss [Doc. No. 11].  The Court gave Plaintiff JAIME MARTINEZ until May 30, 2013 to file a First Amended Complaint. Plaintiff has failed to do so.

As Plaintiff has failed to amend the Complaint with the time allowed by the Court,

and for the reasons explained in the Court' Order granting Defendant's Motion to Dismiss, the Court hereby DISMISSES all claims against Defendant HSBC MORTGAGE SERVICES, INC. with prejudice.

IT IS SO ORDERED.


DATED: June 5, 2013

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
United States District Court Judge